NO. PD-0860-15

| JEREMY FRANCIS | § | IN THE COURT OF |
| | § | |
| V. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

## PRO SE MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**COMES NOW** the petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Petition for Discretionary Review in this cause and in support thereof would show to the Court the following:

1. The style and number of this case in the Court of Appeals, is JEREMY FRANCIS V. THE STATE OF TEXAS, Appeal No. 05-14-01-00218-CR.

2. The style and number of the case in the trial court is: THE STATE OF TEXAS V. JEREMY FRANCIS; Cause No.F11-62030-L; from the 5th District Court of Dallas County, Texas.

3. The Petitioner was convicted of the felony offense of capital murder.

4. The conviction was affirmed in the Court of Appeals on 6-23-2015.

5. The deadline for filing the petition for Discretionary Review in this cause is. 7-23-2015.

6. Anextension of time for a period of sixty(60) days is requested that would make the due date.9-21-2015.

7. No prior request for an extension of time has been made.

FILED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

8. The facts relied upon to show good cause for the requested extension are, as follows: The Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals. After the conviction was affirmed, the trial court refused to appoint counsel to file a petition for Discretionary Review. Therefore, additional time is needed for the Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED,** the petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to 9-21-2015.

Respectfully submitted,

Jeremy Francis#1913681
Telford Unit
3899 State Hwy 98
New Boston, Tx 75570

## CERTIFICATE OF SERVICE

The petitioner hereby certifies that a copy of the foregoing was mailed to the Office of the Criminal District Attorney for Dallas County, Frank Crowley Courts Bldg., 133 N. Riverfront Blvd. LB-19, Dallas, Texas 75207-4399, postage prepaid this 6th day of July, 2015.

Affiant

2

NO._____

| | | |
|---|---|---|
| JEREMY FRANCIS | § | IN THE COURT OF |
| | § | |
| V. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

### PRO SE MOTION REQUESTING LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

COMES NOW the petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an original copy only of the Petition for Discretionary Review and is support thereof would show to the Court the following:

1. The style and appeal number in the Dallas Court of Appeals is: JEREMY FRANCIS V. THE STATE OF TEXAS, Appeal No.05-14-01-00218-CR.

2. The petitioner moves that, pursuant to Rule 2, Texas Rules of Appellate Procedure, this Court suspend Rule 9.3(b), Texas Rules of Appellate procedure, that requires the filing of eleven(11) copies of the Petition for Discretionary Review with the court.

3. The facts relied upon to show good cause for this request are as follows: The petitioner is indigent and incarcerated and does not have access to a photo copier. The petitioner is presently not represented by counsel and intends to file a Pro Se Petition for Discretionary Review.

WHEREFORE, PREMISES CONSIDERED, the petitioner respectfully requests that this Honorable Court grant leave to file an original copy only of the Petition for Discretionary Review with the Court.

Respectfully submitted,

_Jeremy Francis_
Jeremy Francis, PRO SE

### CERTIFICATE OF SERVICE

The petitioner hereby certifies that a copy of the foregoing was mailed, postage prepaid, to the Office of the Criminal District Attorney for Dallas County, Frank Crowely Courts Bldg., 133 N. Riverfront Blvd. LB-19, Dallas, Texas 75207-4399; this 6th day of July, 2015.

_Jeremy Francis_
Affiant